UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILAGROS SENIOR, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

HARVARD UNIVERSITY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-8576

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, HARVARD UNIVERSITY, with prejudice and without fees and costs.

Dated:  New York, New York
        December 6, 2022

                                            **GOTTLIEB & ASSOCIATES**

                                            */s/Michael A. LaBollita, Esq.*

                                      Michael A. LaBollita, Esq., (ML-9985)
                                                  150 East 18th Street, Suite PHR
                                                             New York, NY 10003
                                                                  Phone: (212) 228-9795
                                                                      Fax: (212) 982-6284
                                                                   Michael@Gottlieb.legal

                                                       *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge