**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILAGROS SENIOR, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

      Plaintiffs,

      v.

HARVARD UNIVERSITY,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-8576

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, HARVARD UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       December 6, 2022

                           **GOTTLIEB & ASSOCIATES**

                           */s/Michael A. LaBollita, Esq.*

                           Michael A. LaBollita, Esq., (ML-9985)
                           150 East 18th Street, Suite PHR
                           New York, NY 10003
                           Phone: (212) 228-9795
                           Fax: (212) 982-6284
                           Michael@Gottlieb.legal

                           *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: December 7, 2022
New York, New York

                           _____
                           GREGORY H. WOODS
                           United States District Judge